# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| **Plaintiff,** | No. CR14-0133 |
| vs. | ORDER FOR DETENTION |
| MICHAEL GRAHAM, | |
| **Defendant.** | |

On the 9th day of March 2015, this matter came before the Court to determine whether Defendant will be detained pending sentencing. The Government was represented by Assistant United States Attorney Dan Chatham. Defendant appeared personally and was represented by his attorney, Leon F. Spies.

On March 2, 2015, Defendant was found guilty, following his plea of guilty, of conspiracy to manufacture a controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). Pursuant to 18 U.S.C. § 3143(a)(2), his detention pending sentencing is mandatory unless, pursuant to 18 U.S.C. § 3145(c), "it is clearly shown that there are exceptional reasons why such person's detention would not be appropriate."

Following the plea change hearing, the Court ordered Defendant's continued release pending a hearing on March 9 to determine if there are "exceptional reasons" for his continued release. For the reasons stated at the time of hearing, the Court finds that there are no exceptional reasons why Defendant's detention would not be appropriate. Accordingly, Defendant will be detained pending sentencing.

## ORDER

IT IS THEREFORE ORDERED that Defendant will be detained pending sentencing in this case.

DATED this 9th day of March, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA